UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE DUVAL, as Administrator of the Estate of Wilfred Duval,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 18-10405-LTS<br>)<br>)<br>)<br>)<br>) |

JUDGMENT

July 20, 2021

Pursuant to the Court's Memorandum and Decision, Doc. No. 88, dated July 20, 2021, it is hereby ORDERED:

Judgment for the United States, with each side to bear its own costs and fees.

SO ORDERED.

 /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge